THE TRUSTEES OF SCHOOL DISTRICT No. 38, IN THE
COUNTY OF BERGEN, appellants,

*v.*

JACOB G. BERDAN, respondent.

On appeal from a decree of the chancellor, reported in *Berdan
v. The Trustees &c., 2 Dick. Ch. Rep. 8.*

*Mr. Joseph A. McCreery,* for the appellants.

*Mr. Abraham D. Campbell,* for the respondent.

PER CURIAM.
Decree affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GAR-
RISON, KNAPP, MAGIE, REED, SCUDDER, VAN SYCKEL,
BROWN, CLEMENT, SMITH—12.

*For reversal*—None.